UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:08-CR-329-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARYL ALBERT MPONGO | ORDER TO SEAL |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the Status Report [DE 218] be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

This __12th__ day of __April__, 2017.

_____
LOUISE WOOD FLANAGAN
United States District Court Judge